1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  RAYNA SHINN,
                                    NO. Civ.S-09-2581 LKK/EFB
11          Plaintiff,

12      v.                          **ORDER RE DISPOSAL
                                    DOCUMENTS AFTER**
13  ASSET MANAGEMENT OUTSOURCING     **NOTIFICATION OF SETTLEMENT**
    dbs AMO RECOVERIES,
14

15          Defendant.
                                                 /
16  _____

17      Counsel for plaintiff has filed a Notice of Settlement in the

18  above-captioned case.  The court now orders that the dispositional

19  documents disposing of the case be filed no later than forty (40)

20  days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22  **VACATED.**

23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25  ////

26  ////

                                  1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  December 23, 2009.

4

5

6                              _____
                              LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2